**IN THE UNITED STATES
DISTRICT COURT FOR THE
DISTRICT OF COLORADO**

Civil Action No.

SEDIMENT BUSTER, LLC

    Plaintiff,

    v.

SHI CHEN WANG

    Defendant.

Case No. 1:25-cv-02052

___

**VERIFIED COMPLAINT**
___

Plaintiff Sediment Buster, LLC ("Plaintiff"), by and through its undersigned counsel, alleges as follows:

### NATURE OF THE ACTION

1. This is an action for willful copyright infringement arising from Defendant's unauthorized use and exploitation of Plaintiff's federally registered original copyrighted works in connection with the sale of counterfeit goods via online retail platforms, including Amazon.com.

2. Plaintiff seeks injunctive relief, damages, disgorgement of Defendant's ill-gotten profits, statutory damages, damages for willful conduct, attorneys' fees, and costs pursuant to the Copyright Act, 17 U.S.C. § 501 *et seq.*

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338, as it involves claims arising under federal copyright law.

4. This Court has personal jurisdiction over Defendant pursuant to Federal Rule of Civil Procedure 4(k)(2) because Defendant has directed infringing activities toward residents of the United States, including this District, via interactive commercial websites, and has caused Plaintiff injury in this jurisdiction.

5. Venue is proper in this District under 28 U.S.C. § 1391(b) and (c) and 28 U.S.C. § 1400(a) because a substantial part of the acts giving rise to Plaintiff's claims occurred in this District and Defendant conducts business in this District through online sales accessible to consumers located here.

6. As an additional basis for venue in this Court, the Defendant has consented to venue in any judicial district in the United States where Amazon may be found. Upon information and belief, Amazon conducts business within the State of Colorado.

## THE PARTIES

7. Plaintiff Sediment Buster is Florida limited liability company is organized under the laws of the State of Florida, with its principal place of business at 1502 Rail Head Boulevard, Naples, FL 34110. Plaintiff is a well-established manufacturer and seller of a multi-functional tool for maintaining and cleaning water heaters, marketed under its distinctive and federally registered trademark.

8. Plaintiff is the exclusive owner of original copyrighted works, including drawings and text in an instruction manual related to its water heater cleaning and maintenance tool,

2

registered with the United States Copyright Office under Registration No. TX0009494270 (the "Copyrighted Work"). *Exhibit 1, 2.*

9. Upon information and belief, Defendant Shi Chen Wang is an individual residing at Beiyuan Jiedao Qiu Shi Lu 117 hao shang chen chuangye Yuan A3 Dong 2 Danyuan 301-1 Yiwushi, Zhejiang, sheng, People's Republic of China 322015, and conducts commercial activities in the United States, including this District, through its online storefronts on Amazon.com.

## FACTUAL BACKGROUND

### Sediment Buster

10. Since releasing its product into the marketplace in 2023, the Plaintiff is a leader in water heater maintenance tools in the United States, and as a result of its success, the consuming public has come to associate "Sediment Buster" with the quality of its product.

11. For approximately two years, the Plaintiff has sold its water heater maintenance tool under the "Sediment Buster" brand.

12. The Sediment Buster product is used by plumbing professionals and lay people to resolve common issues with residential water heaters such as low-pressure hot water, popping noises originating with a water heater, rapid depletion of hot water, discolored hot water and high energy bills.

13. The Plaintiff operates the Sediment Buster online store on Amazon.com, where plumbers or lay persons may directly purchase the official and authorized Sediment Buster water heater cleaning tool.

14. The Sediment Buster online store has been successful in the growth of the Plaintiff's business, and the source of at least 80,000 units.

15. When a customer purchases a Sediment Buster product, they receive instructions on the proper use of the product. Those instructions, including text and images, are contained in the Copyrighted Work.

16. Joel Sprecher is an owner and manager of Sediment Buster.

### Selling Products on an Amazon Store

17. Amazon.com is an online marketplace that both acts as a seller as well as a marketplace for businesses or individuals to sell products and services on Amazon.com.

18. Upon information and belief, Amazon allows user accounts to create merchant accounts that allow the user to sell products and services on the Amazon.com website.

19. Upon information and belief, Amazon assigns a unique ten-digit alphanumeric code called an Amazon Standard Identification Number ("ASIN") to each product offered for sale on Amazon's website.

20. The ASIN for the Sediment Buster water heater cleaning product is B0CNN19BTM.

### The Defendant

21. At some time prior May 7, 2025, the Defendant opened its Amazon.com store.

22. On its Amazon store, the Defendant sells products to customers in the United States, including customers located within this judicial district.

23. On or about May 7, 2025, Mr. Sprecher logged into the Amazon.com web marketplace and purchased a product sold by Shi Cheng Wang via Order No. 113-3842153-9878602.

24. The ASIN connected to the water heater maintenance device offered for sale by the Defendant is B0F6NTYVP2.

4

25. Mr. Sprecher received the product sold on the Defendant's Amazon online store on or about May 14, 2025.

26. After opening the product purchased from the Defendant's Amazon online store, Mr. Sprecher discovered that the Defendant had included an instructions document that is substantially similar in all material aspects to Sediment Buster's copyright registered instructions, including the images contained in the Copyrighted Work. *Exhibit 3*.

27. The Copyrighted Work currently is and has been published on sedimentbuster.com, a website owned and controlled by the Plaintiff, since at least as early as November 2024.

28. The Plaintiff has not authorized, licensed, or consented to the Defendant's use of the Plaintiff's Copyrighted Work.

29. Additionally, the Plaintiff has not authorized, licensed, or consented to the Defendant altering or modifying the Plaintiff's Copyrighted Work.

30. Without authorization, license, or consent, Defendant has engaged in the unauthorized reproduction and importation, of Plaintiff's Copyrighted Work via Amazon.com.

## **Commencement of Amazon Dispute Process**

31. Following discovery of the Defendant's infringing activities on Amazon.com, on or about April 15, 2025, Joel Sprecher, on behalf of the Plaintiff notified Amazon of the infringement by submitting claims under the Digital Millennium Copyright Act through Amazon's dispute resolution process.

32. Amazon assigned Complaint ID 17737160951to the complaint submitted on behalf of the Plaintiff.

33. The Amazon dispute identified ASIN B0F6NTYVP2 as the ASIN at issue.  This is the same ASIN that belongs to the Defendant.

34. In its response, the Defendant provided its biographical information and affirmed that it consented to the jurisdiction of this Court in this Judicial District.

35. Defendant's counterfeit goods are materially indistinguishable from Plaintiff's Copyrighted Work products and are marketed to U.S. consumers without authorization from the Plaintiff.

36. Defendant's conduct is willful, deliberate, and undertaken with actual knowledge of Plaintiff's rights.

### CLAIMS FOR RELIEF
### COUNT III
### Copyright Infringement (17 U.S.C. § 501)

37. Plaintiff repeats and realleges the allegations contained in the preceding paragraphs as though fully set forth herein.

38. Plaintiff's Copyrighted Work is original, fixed in a tangible medium of expression, and registered with the United States Copyright Office, under copyright registration TX0009494270.

39. Defendant, without authorization, has copied, reproduced, displayed, distributed, and otherwise exploited Plaintiff's Copyrighted Work in commerce.

40. Defendant's infringement is willful and in reckless disregard of Plaintiff's rights under the Copyright Act.

41. As a result of Defendant's conduct, Plaintiff has suffered actual and statutory damages, and is entitled to injunctive relief, impoundment, destruction of infringing goods, disgorgement of profits, and attorneys' fees under 17 U.S.C. §§ 502–505.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully requests that this Court enter judgment in its favor and against Defendant as follows:

A. Granting preliminary and permanent injunctive relief enjoining Defendant and all persons acting in concert with it from infringing Plaintiff's copyrighted work;

B. Ordering Defendant to deliver up for destruction all infringing products, in its possession or control;

C. Awarding Plaintiff all damages sustained as a result of Defendant's wrongful acts, including statutory damages, profits for willful infringement, and disgorgement of Defendant's profits;

D. Awarding Plaintiff its reasonable attorneys' fees and costs of suit; and

E. Awarding such other and further relief as this Court deems just and proper.

Dated this 2nd day of July, 2025

WALSH IP LAW

By: <u>s/Thomas P. Walsh, III</u>
Thomas P. Walsh, III
Colo. Reg. No. 39800
7350 E Progress Place, Ste 100
Greenwood Village, CO 80111
Tel. (720) 204-5672

Attorneys for Plaintiff Sediment Buster, LLC

Address of Plaintiff:
1502 Rail Head Boulevard
Naples, FL 34110

**VERIFICATION**

I, Joel Sprecher, declare under penalty of perjury that the foregoing factual allegations are true and correct to the best of my knowledge, information and belief.

Signed in Castle Rock, Colorado.

_____
Joel Sprecher
Manager, Sediment Buster, LLC

July 2, 2025
_____
Date